IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01168–EWN–CBS

GILBERT SANDOVAL,

    Plaintiff,

v.

RBC MORTGAGE,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed February 8, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The court concludes that the Title VII claim asserted in the Complaint encompasses the parties' Agreement and is subject to arbitration.

    3.  Defendant's Motion to Dismiss and Compel Arbitration (#13) filed October 6, 2005, is GRANTED.

    DATED this 1st day of March, 2006.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge